NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROCKIES EXPRESS PIPELINE, LLC.,**
*Appellant,*

v.

**KEN SALAZAR, SECRETARY OF VETERANS AFFAIRS,**
*Appellee.*

---

**KEN SALAZAR, SECRETARY OF VETERANS AFFAIRS,**
*Appellant,*

v.

**ROCKIES EXPRESS PIPELINE, LLC.,**
*Appellee.*

---

2012-1055, -1174

---

Appeals from the Civilian Board of Contract Appeals in no. 1821, Administrative Judge Allan H. Goodman.

## ORDER

Rockies Express Pipeline LLC ("Rockies Express") moves to supplement the Certified List of the Record of Proceedings before the United States Board of Contract Appeals. Rockies Express also requests the court enter an

order directing that Rockies Express' opening brief be filed on or before Monday, March 26, 2012. The Secretary of the Interior does not oppose.

Because Rockies Express' opening brief is currently due February 2, 2012, the Motion to Set Briefing Schedule is treated as a motion for an extension of time.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Rockies Express' Unopposed Motion to Supplement Certified List of Record of Board Proceedings is granted. The court treats the motion as a supplement to the certified list. It should be included in the joint appendix following the certified list and with a copy of this order.

(2) Rockies Express' Motion to Set Briefing Schedule is granted. Rockies Express' opening brief is due March 26, 2012.

FOR THE COURT

JAN 2 6 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  L. Poe Leggette, Esq.
     Domenique G. Kirchner, Esq.  .

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 6 2012

JAN HORBALY
CLERK